

Search for Cases by: Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print          GrantedPublicAccess  Logoff SCHRAG7903

**2116-CV11060 - DOROTHY SIMPSON V CLOVERLEAF APARTMENTS INVE ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ○ Descending  ● Ascending          Display Options: [All Entries ▼]

---

**05/19/2021**  ☐ **Judge Assigned**

☐ **Pet Filed in Circuit Ct**

Class Action Petition for Breach of the Implied Warranty of Habitability and Violations of the Missouri Merchandising Practices Act; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4.
**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON

☐ **Filing Info Sheet eFiling**

**Filed By:** GREGORY ALAN LEYH

☐ **Request for Jury Trial Filed**

**05/21/2021**  ☐ **Case Mgmt Conf Scheduled**

**Associated Entries:** 09/14/2021 - Case Mgmt Conf Held
**Scheduled For:** 09/14/2021;  9:00 AM ;  S MARGENE BURNETT;  Jackson - Kansas City

☐ **Correspondence Sent**

Letter t attorney how is servie to be done

**05/24/2021**  ☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** ANDREA MARI KNERNSCHIELD

☐ **Summ Req-Circuit Pers Serv**

Motion for Appointment of Private Process Server; Electronic Filing Certificate of Service.
**Filed By:** ANDREA MARI KNERNSCHIELD
**On Behalf Of:** DOROTHY SIMPSON

**05/27/2021**  ☐ **Order - Special Process Server**

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-4904, for CLOVERLEAF APARTMENTS INVESTORS, LLC. DO NOT USE

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-4905, for STONEBRIDGE GLOBAL PARTNERS LLC. DO NOT USE

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-4906, for SELDIN COMPANY. DO NOT USE

**06/03/2021**  ☐ **Summ Req-Circ Pers Serv O/S**

Service Summons Request; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD
**On Behalf Of:** DOROTHY SIMPSON

06/07/2021 ☐ **Summons Withdrawn**

Document ID - 21-SMCC-4905; Served To - STONEBRIDGE GLOBAL PARTNERS LLC; Server - ; Served Date - 07-JUN-21; Served Time - 00:00:00; Service Type - Court or Baliff Service; Reason Description - Recalled for Re-Issuance; Service Text - RECALLED FOR RE-ISSUANCE

☐ **Summons Withdrawn**

Document ID - 21-SMCC-4904; Served To - CLOVERLEAF APARTMENTS INVESTORS, LLC; Server - ; Served Date - 07-JUN-21; Served Time - 00:00:00; Service Type - Court or Baliff Service; Reason Description - Recalled for Re-Issuance; Service Text - RECALLED FOR RE-ISSUANCE

☐ **Summons Withdrawn**

Document ID - 21-SMCC-4906; Served To - SELDIN COMPANY; Server - ; Served Date - 07-JUN-21; Served Time - 00:00:00; Service Type - Court or Baliff Service; Reason Description - Recalled for Re-Issuance; Service Text - RECALLED FR RE-ISSUANCE

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-5203, for CLOVERLEAF APARTMENTS INVESTORS, LLC.

☐ **Summons Issued-Circuit**

Document ID: 21-SMOS-534, for STONEBRIDGE GLOBAL PARTNERS LLC.

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-5204, for SELDIN COMPANY.

07/02/2021 ☐ **Notice of Service**

21-SMCC-5204; Electronic Filing Certificate of Service.

07/08/2021 ☐ **Corporation Served**

Document ID - 21-SMCC-5204; Served To - SELDIN COMPANY; Server - ; Served Date - 01-JUL-21; Served Time - 09:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - CT CORPORATION LCW - B. LOVE / INTAKE SPECIALIST

☐ **Corporation Served**

Document ID - 21-SMCC-5203; Served To - CLOVERLEAF APARTMENTS INVESTORS, LLC; Server - ; Served Date - 28-JUN-21; Served Time - 10:30:00; Service Type - Special Process Server; Reason Description - Served; Service Text - CAPITOL CORP SERVICES - C/O SHEILA SMITH DESIGNEE

07/19/2021 ☐ **Corporation Served**

Document ID - 21-SMOS-534; Served To - STONEBRIDGE GLOBAL PARTNERS LLC; Server - ; Served Date - 13-JUL-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**

Affidavit of Service Upon Defendant Stonebridge Global Partners; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD
**On Behalf Of:** DOROTHY SIMPSON

07/28/2021 ☐ **Answer Filed**

Answer; Electronic Filing Certificate of Service.

**Filed By:** KARL W KUCKELMAN

☐ **Designation of Lead Attorney**

**Filed By:** KARL W KUCKELMAN

Case 4:22-cv-00520-BP   Document 1-1   Filed 08/10/22   Page 2 of 26

**Request for Jury Trial Filed**

Demand for Jury Trial; Electronic Filing Certificate of Service.

    **Filed By:** KARL W KUCKELMAN

    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

    **Filed By:** CHARLES BILLUPS WINDHAM

    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**08/10/2021**   **Motion Filed**

Plaintiffs Motion for Class Certification; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

    **Associated Entries:** 11/10/2021 - **Order**

    **Associated Entries:** 11/10/2021 - **Motion Granted/Sustained**

    **Associated Entries:** 11/29/2021 - **Motion Granted/Sustained**

    **Associated Entries:** 11/29/2021 - **Order**

**Memorandum Filed**

PLAINTIFFS MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

**08/26/2021**   **Motion for Extension of Time**

Defendants Unopposed Motion for Extension of Time to Fie a Response to Plaintiffs Motion for Class Certification; Electronic Filing Certificate of Service.

    **Filed By:** KARL W KUCKELMAN

    **Associated Entries:** 09/01/2021 - **Motion Granted/Sustained**

    **Associated Entries:** 09/01/2021 - **Order Granting Ext of Time**

**Proposed Order Filed**

Proposed Order Granting Extension of Time; Electronic Filing Certificate of Service.

    **Filed By:** KARL W KUCKELMAN

    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**09/01/2021**   **Motion Granted/Sustained**

    **Associated Entries:** 08/26/2021 - **Motion for Extension of Time**

**Order Granting Ext of Time**

Order for Extension of Time

    **Associated Entries:** 08/26/2021 - **Motion for Extension of Time**

**09/03/2021**   **Cert Serv of Interrog Filed**

Certificate of Service; Electronic Filing Certificate of Service.

    **Filed By:** ANDREA MARI KNERNSCHIELD

    **On Behalf Of:** DOROTHY SIMPSON

**09/10/2021**   **Suggestions in Opposition**

Defendants Suggestions in Opposition to Plaintiffs Motion to Certify the Putative Class; Electronic Filing Certificate of Service.

    **Filed By:** KARL W KUCKELMAN

**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

| | | |
|---|---|---|
| 09/14/2021 | ☐ | **Case Mgmt Conf Held** |

**Scheduled For:** 09/14/2021; 9:00 AM ; S MARGENE BURNETT; Jackson - Kansas City

☐ **Order**

IT IS HEREBY ORDERED: THIS MATTER IS RESET FOR A HEARING ON CLASS CERTIFICATION TO BE HELD VIA WEBEX ON OCTOBER 29, 2021 AT 10:00 AM.

☐ **Hearing Scheduled**

**Associated Entries:** 10/21/2021 - Hearing Continued/Rescheduled
**Scheduled For:** 10/29/2021; 10:00 AM ; S MARGENE BURNETT; Jackson - Kansas City

| | | |
|---|---|---|
| 09/15/2021 | ☐ | **Motion for Extension of Time** |

PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HER REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH
**On Behalf Of:** DOROTHY SIMPSON
**Associated Entries:** 09/30/2021 - Motion Granted/Sustained
**Associated Entries:** 09/30/2021 - **Order Granting Ext of Time**

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH
**On Behalf Of:** DOROTHY SIMPSON

| | | |
|---|---|---|
| 09/24/2021 | ☐ | **Reply** |

Reply in Support of Motion for Class Certification; Electronic Filing Certificate of Service.
**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON

| | | |
|---|---|---|
| 09/30/2021 | ☐ | **Motion Granted/Sustained** |

**Associated Entries:** 09/15/2021 - **Motion for Extension of Time**

☐ **Order Granting Ext of Time**

Order for Extension of Time
**Associated Entries:** 09/15/2021 - **Motion for Extension of Time**

| | | |
|---|---|---|
| 10/08/2021 | ☐ | **Motion for Continuance** |

Unopposed Motion for Continuance of the Hearing on the Motion for Class Certification; Electronic Filing Certificate of Service.
**Filed By:** KARL W KUCKELMAN
**Associated Entries:** 10/21/2021 - Motion Granted/Sustained
**Associated Entries:** 10/21/2021 - **Order for Continuance**

☐ **Proposed Order Filed**

Order; Electronic Filing Certificate of Service.
**Filed By:** KARL W KUCKELMAN
**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

| | | |
|---|---|---|
| 10/18/2021 | ☐ | **Cert Serv Answers Interrog Fil** |

Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** CHARLES BILLUPS WINDHAM

Case 4:22-cv-00520-BP   Document 1-1   Filed 08/10/22   Page 4 of 26

**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**10/21/2021** ☐ **Motion Granted/Sustained**

**Associated Entries: 10/08/2021 - Motion for Continuance**

☐ **Order for Continuance**

Defendants' unopposed motion is granted, and the hearing on Plaintiff's Motion for Class Certification is continued from October 29, 2021 to November 3, 2021 at 1:30 p.m.

**Associated Entries: 10/08/2021 - Motion for Continuance**

☐ **Hearing Continued/Rescheduled**

**Hearing Continued From:** 10/29/2021;  10:00 AM Hearing

**10/22/2021** ☐ **Hearing Scheduled**

**Associated Entries: 11/02/2021 - Hearing Continued/Rescheduled**

**Scheduled For:** 11/03/2021;  1:30 PM ;  S MARGENE BURNETT;  Jackson - Kansas City

**11/02/2021** ☐ **Hearing Continued/Rescheduled**

**Hearing Continued From:** 11/03/2021;  1:30 PM Hearing

☐ **Hearing Scheduled**

**Associated Entries: 11/10/2021 - Hearing Held**

**Scheduled For:** 11/10/2021;  1:30 PM ;  S MARGENE BURNETT;  Jackson - Kansas City

**11/10/2021** ☐ **Order**

IT IS HEREBY ORDERED that Plaintiff's Motion for Class Certification is GRANTED. The Court's findings of fact, conclusions of law, and details of class certification will be fully set forth in a separate order. IT IS FURTHER ORDERED that this matter is set for a case management conference on Friday, February 4, 2022, at 1:30pm. The case management conference will be held via WEBEX.

**Associated Entries: 08/10/2021 - Motion Filed**

☐ **Motion Granted/Sustained**

**Associated Entries: 08/10/2021 - Motion Filed**

☐ **Hearing Held**

**Scheduled For:** 11/10/2021;  1:30 PM ;  S MARGENE BURNETT;  Jackson - Kansas City

**11/18/2021** ☐ **Case Mgmt Conf Scheduled**

**Associated Entries: 12/23/2021 - Hearing/Trial Cancelled**

**Scheduled For:** 02/04/2022;  1:30 PM ;  S MARGENE BURNETT;  Jackson - Kansas City

**11/19/2021** ☐ **Notice to Take Deposition**

PLAINTIFFS NOTICE OF DEPOSITION OF DEFENDANT CLOVERLEAF APARTMENTS INVESTORS, LLC; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

**11/29/2021** ☐ **Motion Granted/Sustained**

**Associated Entries: 08/10/2021 - Motion Filed**

☐ **Order**

FINDINGS OF FACT, CONCLUSIONS OF LAW, ,AND ORDER OF CLASS CERTIFICATION

**Associated Entries: 08/10/2021 - Motion Filed**

**12/09/2021** ☐ **Proposed Order Filed**

Jointly Proposed Scheduling Order; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

    **On Behalf Of:** DOROTHY SIMPSON

☐ **Motion Filed**

MOTION FOR APPROVAL OF CLASS NOTICES; Exhibit 1; Exhibit 2; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

    **Associated Entries:** 12/23/2021 - Motion Granted/Sustained

    **Associated Entries:** 12/23/2021 - **Order**

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

**12/17/2021** ☐ **Mot for Enfor of Discovery**

Plaintiffs Motion to Enforce Discovery from Defendants; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Electronic Filing Certificate of Service. Local Rule 33.5(6) requires that "all motions except those in which a hearing is requested shall be accompanied by a proposed order."

    **Filed By:** GREGORY ALAN LEYH

    **On Behalf Of:** DOROTHY SIMPSON

    **Associated Entries:** 03/10/2022 - Motion Granted/Sustained

**12/21/2021** ☐ **Motion Filed**

Motion for Amended Findings of Fact, Conclusions of Law and Order of Class Certification; Electronic Filing Certificate of Service. Local Rule 33.5(6) requires that "all motions except those in which a hearing is requested shall be accompanied by a proposed order."

    **Filed By:** KARL W KUCKELMAN

    **Associated Entries:** 01/19/2022 - Motion Denied

    **Associated Entries:** 01/19/2022 - **Order - Denied**

☐ **Suggestions in Support**

Suggestions in Support of Motion for Amended Findings of Fact, Conclusions of Law and Order of Class Certification; Exhibit A; Electronic Filing Certificate of Service.

    **Filed By:** KARL W KUCKELMAN

☐ **Response Filed**

Defendants Response to Plaintiffs Motion for Approval of Class Notices; Electronic Filing Certificate of Service.

    **Filed By:** KARL W KUCKELMAN

    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**12/23/2021** ☐ **Motion Granted/Sustained**

    **Associated Entries:** 12/09/2021 - **Motion Filed**

☐ **Order**

Class Action Notice Order

    **Associated Entries:** 12/09/2021 - **Motion Filed**

☐ **Order**

SCHEDULING ORDER: This matter is set for a PRE-TRIAL CONFERENCE on January 27, 2023 at 9:00 a.m. JURY TRIAL is set for February 6, 2023 at 9:00 a.m.

☐ **Hearing/Trial Cancelled**

    **Scheduled For:** 02/04/2022;  1:30 PM ;  S MARGENE BURNETT;  Jackson - Kansas City

☐ **Pre-trial Conference Scheduled**

Scheduled For: 01/27/2023; 9:00 AM ; S MARGENE BURNETT; Jackson - Kansas City

☐ **Jury Trial Scheduled**

Scheduled For: 02/06/2023; 9:00 AM ; S MARGENE BURNETT; Jackson - Kansas City

☐ **Case Review Scheduled**

**Associated Entries: 02/01/2022 - Hearing Continued/Rescheduled**

Scheduled For: 02/04/2022; 1:30 PM ; S MARGENE BURNETT; Jackson - Kansas City

12/28/2021 ☐ **Response Filed**

PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR AMENDED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER OF CLASS CERTIFICATION; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

12/30/2021 ☐ **Suggestions in Opposition**

Defendants Suggestions in Opposition to Plaintiffs Motion to Enforce Discovery; Electronic Filing Certificate of Service.

**Filed By:** KARL W KUCKELMAN

**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

☐ **Reply**

Defendants Reply Suggestions in Support of Motion for Amended Findings of Fact, Conclusions of Law, and Order of Class Certification; Electronic Filing Certificate of Service.

**Filed By:** KARL W KUCKELMAN

**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

01/04/2022 ☐ **Reply**

PLAINTIFFS REPLY IN SUPPORT OF HER MOTION TO ENFORCE DISCOVERY FROM DEFENDANTS; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

01/06/2022 ☐ **Notice to Take Deposition**

PLAINTIFFS AMENDED NOTICE TO TAKE DEPOSITION OF DEFENDANT CLOVERLEAF APARTMENTS INVESTORS, LLC; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

**On Behalf Of:** DOROTHY SIMPSON

☐ **Notice**

PLAINTIFFS AMENDED NOTICE OF VIDEOTAPED RULE 57.03b4 DEPOSITION OF DEFENDANT CLOVERLEAF APARTMENTS INVESTORS, LLC; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

01/10/2022 ☐ **Proposed Order Filed**

Amended Findings of Fact, Conclusions of Law, and Order of Class Certification; Electronic Filing Certificate of Service.

**Filed By:** KARL W KUCKELMAN

**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

01/19/2022 ☐ **Motion Denied**

**Associated Entries: 12/21/2021 - Motion Filed** ⊞

☐ **Order - Denied**

ORDER DENYING MOTION TO AMEND THIS COURT¿S NOVEMBER 29, 2021 ORDER
**Associated Entries:** 12/21/2021 - **Motion Filed**  ⊞

**01/25/2022**  ☐ **Order**

IT IS HEREBY ORDERED that Defendant Cloverleaf Apartments Investors, LLC¿s designated witness, F.K., shall answer questions and fully participate in the parties' current and ongoing deposition in compliance with Rule 57.03. Defendant's failure to comply will result in the Court's appointment of a Special Master, at Defendant's sole cost, unless the Court later determines a different allocation of Special Master fees and expenses is appropriate.

**01/27/2022**  ☐ **Motion Filed**

PLAINTIFFS PROPOSAL FOR APPOINTING SPECIAL MASTER; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH
**Associated Entries:** 02/14/2022 - **Motion Granted/Sustained**  ⊞
**Associated Entries:** 02/14/2022 - **Motion Denied**  ⊞

**01/28/2022**  ☐ **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH

**02/01/2022**  ☐ **Hearing Continued/Rescheduled**

**Hearing Continued From:** 02/04/2022;  1:30 PM Case Review

☐ **Case Review Scheduled**

Parties may access Division 7's WebEx meeting room via Casenet by selecting the "Scheduled Hearings & Trials" tab above and clicking the "Virtual Hearing Room" link.
**Scheduled For:** 02/08/2022;  1:30 PM ;  S MARGENE BURNETT,  Jackson - Kansas City

☐ **Request Filed**

Defendants Proposal for Appointing Special Master; Exhibit A; Electronic Filing Certificate of Service.
**Filed By:** KARL W KUCKELMAN
**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

☐ **Reply**

PLAINTIFFS REPLY IN SUPPORT OF PROPOSAL FOR APPOINTING SPECIAL MASTER; Exhibit 1; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH

**02/02/2022**  ☐ **Reply**

DEFENDANTS REPLY IN SUPPORT OF PROPOSAL FOR APPOINTING SPECIAL MASTER; Electronic Filing Certificate of Service.
**Filed By:** KARL W KUCKELMAN
**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**02/07/2022**  ☐ **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH
**On Behalf Of:** DOROTHY SIMPSON

**02/14/2022**  ☐ **Order Appointing Master**

Plaintiff's Motion and Proposal for Appointing Special Master is GRANTED in part as to the appointment of a special master, but DENIED in part as to Plaintiff's proposed special masters for

appointment. The Court hereby appoints the Honorable Sandra C. Midkiff, retired Judge in Division 1, of the 16th Circuit Court in Jackson, County, Missouri, [CONTACT INFORMATION REDACTED]; as a Master pursuant to Rule 68.01(h).

☐ **Motion Granted/Sustained**

Motion granted in part.

    **Associated Entries:** 01/27/2022 - **Motion Filed** ⊞

☐ **Motion Denied**

Motion denied in part.

    **Associated Entries:** 01/27/2022 - **Motion Filed** ⊞

**02/16/2022** ☐ **Cert Serv of Interrog Filed**

Certificate of Service. Electronic Filing Certificate of Service.

    **Filed By:** CHARLES BILLUPS WINDHAM

    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**02/22/2022** ☐ **Filing:**

Oath of Special Master

**02/25/2022** ☐ **Notice**

Notice of Subpoena Issued to Stonebridge Global Management; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

☐ **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

    **Filed By:** KARL W KUCKELMAN

    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL PARTNERS LLC, SELDIN COMPANY

**03/04/2022** ☐ **Motion Filed**

PLAINTIFF CLASSS EMERGENCY MOTION REQUESTING CREATION OF A CONSTRUCTIVE TRUST; Exhibit 1; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

    **Associated Entries:** 03/21/2022 - **Motion Denied**

    **Associated Entries:** 03/21/2022 - **Order - Denied** ⊞

☐ **Proposed Order Filed**

PLAINTIFFS PROPOSED ORDER TO SHORTEN TIME; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

**03/07/2022** ☐ **Motion Filed**

STIPULATED JOINT MOTION TO PARTIALLY AMEND THE SCHEDULING ORDER; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

    **Associated Entries:** 03/16/2022 - **Order** ⊞

    **Associated Entries:** 03/16/2022 - **Motion Granted/Sustained**

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

**03/08/2022** ☐ **Designation of Lead Attorney**

Entry of Appearance; Electronic Filing Certificate of Service.
   **Filed By:** COLBY MILLARD EVERETT
   **On Behalf Of:** SELDIN COMPANY

☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
   **Filed By:** JEREMY K SCHRAG
   **On Behalf Of:** SELDIN COMPANY

**03/09/2022** ☐ **Motion for Leave**

Motion for Leave to Withdraw; Exhibit A; Electronic Filing Certificate of Service.
   **Filed By:** KARL W KUCKELMAN
   **Associated Entries: 03/16/2022 - Motion Granted/Sustained**
   **Associated Entries: 03/17/2022 - Order Withdrawing Attorney:**

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.
   **Filed By:** KARL W KUCKELMAN
   **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC, STONEBRIDGE GLOBAL
PARTNERS LLC, SELDIN COMPANY

☐ **Subpoena Served**

Affidavit of Service of Subpoena Issued to Stonebridge Global Management; Electronic Filing
Certificate of Service.
   **Filed By:** ANDREA MARI KNERNSCHIELD
   **On Behalf Of:** DOROTHY SIMPSON

☐ **Motion to Quash**

Non-Party Stonebridge Global Management, LLCs Motion to Quash Plaintiffs Subpoena and Rule
57.03b4 Deposition Notice with Objections to Document Requests; Exhibit A; Exhibit B; Electronic
Filing Certificate of Service. Local Rule 33.5(6) requires that "all motions except those in which a
hearing is requested shall be accompanied by a proposed order."
   **Associated Entries: 03/23/2022 - Motion no Longer an Issue**

☐ **Note to Clerk eFiling**

   **Filed By:** DANIEL LARSON MCCLAIN

**03/10/2022** ☐ **Order**

Special Master Discovery Order No. 1 - Granting Plaintiff's Motion for Enforcement of Discovery

☐ **Order**

Special Master Order Upon Defense Counsel's Motion for Leave to Withdraw, Suspending
Deposition, and Other Formal Discovery Proceedings Through Friday, March 11, 2022

☐ **Motion Granted/Sustained**

   **Associated Entries: 12/17/2021 - Mot for Enfor of Discovery**

**03/11/2022** ☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
   **Filed By:** JAMES PATRICK MARTIN
   **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
   **Filed By:** MARK ALAN OLTHOFF
   **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
> **Filed By:** LAUREN E TUCKER - MCCUBBIN
> **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

☐ **Motion for Extension of Time**

Defendant Stonebridge Global Partners LLCs Motion for Extension of Time to Respond to Plaintiffs Second Set of Interrogatories and Requests for Production and; Electronic Filing Certificate of Service. Local Rule 33.5(6) requires that "all motions except those in which a hearing is requested shall be accompanied by a proposed order."
> **Filed By:** JAMES PATRICK MARTIN
> **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
> **Filed By:** DANIEL R ZMIJEWSKI

☐ **Motion for Extension of Time**

Motion for Additional Time to Respond; Electronic Filing Certificate of Service. Local Rule 33.5(6) requires that "all motions except those in which a hearing is requested shall be accompanied by a proposed order."
> **Filed By:** DANIEL R ZMIJEWSKI
> **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

03/14/2022   ☐ **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.
> **Filed By:** ALAN LLOYD RUPE
> **On Behalf Of:** SELDIN COMPANY

☐ **Suggestions in Opposition**

The Simpson Class Opposition to Defendants Motions to Stay and Extension of Time; Electronic Filing Certificate of Service.
> **Filed By:** GREGORY ALAN LEYH
> **On Behalf Of:** DOROTHY SIMPSON

☐ **Suggestions in Opposition**

the Simpson Class Opposition to Non-Party Stonebridge Global Management, LLCs Motion to Quash Plaintiffs Subpoena and Rule 57.03b4 Deposition Notice; Electronic Filing Certificate of Service.
> **Filed By:** GREGORY ALAN LEYH
> **On Behalf Of:** DOROTHY SIMPSON

☐ **Response Filed**

Response in Opposition to Plaintiffs Request for Constructive Trust; Electronic Filing Certificate of Service.
> **Filed By:** DANIEL R ZMIJEWSKI
> **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

03/15/2022   ☐ **Certificate of Service**

COS - Discovery responses; Electronic Filing Certificate of Service.
> **Filed By:** DANIEL R ZMIJEWSKI
> **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

☐ **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
> **Filed By:** MARK ALAN OLTHOFF
> **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

03/16/2022   ☐ **Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** COLBY MILLARD EVERETT
**On Behalf Of:** SELDIN COMPANY

☐ **Order**

ORDERED that the Stipulated Joint Motion to Partially Amend the Scheduling Order is GRANTED. IT IS FURTHER ORDERED that this Court extends the Parties' deadline to amend the pleadings and/or add parties up to and including June 15, 2022. IT IS FURTHER ORDERED that all other deadlines in the Scheduling Order dated December 23, 2021 remain unchanged.
**Associated Entries:** 03/07/2022 - **Motion Filed**

☐ **Motion Granted/Sustained**

**Associated Entries:** 03/07/2022 - **Motion Filed**
**Associated Entries:** 03/09/2022 - **Motion for Leave**

☐ **Reply**

Non-Party Stonebridge Global Management, LLCs Reply in Support of Motion to Quash or for Protective Order; Electronic Filing Certificate of Service.
**Filed By:** DANIEL LARSON MCCLAIN

☐ **Note to Clerk eFiling**

**Filed By:** DANIEL LARSON MCCLAIN

**03/17/2022** ☐ **Order Withdrawing Attorney:**

ORDER GRANTING MOTION TO WITHDRAW
**Associated Entries:** 03/09/2022 - **Motion for Leave**

**03/18/2022** ☐ **Order**

Special Master Discovery Order No. 2 on Pending Discovery Motions and Pretrial Discovery Schedule

☐ **Cert Serv of Rspns to Interrog**

CERTIFICATE OF SERVICE; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH

**03/21/2022** ☐ **Motion Denied**

**Associated Entries:** 03/04/2022 - **Motion Filed**

☐ **Order - Denied**

After considering the Plaintiffs' Emergency Motion for Requesting Creation of a Constructive Trust and request to shorten time and Defendant Cloverleaf Apartments Investors LLC's response, the Court hereby ORDERS that Plaintiffs' Motion to Shorten Time is DENIED.
**Associated Entries:** 03/04/2022 - **Motion Filed**

☐ **Reply**

REPLY IN SUPPORT OF MOTION FOR CONSTRUCTIVE TRUST; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.
**Filed By:** NICHOLAS RAYMOND LEYH

☐ **Notice to Take Deposition**

Plaintiffs Notice of Videotaped Deposition of Stephanie Pitts; Electronic Filing Certificate of Service.
**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON

☐ **Notice to Take Deposition**

Plaintiffs Notice of Videotaped Deposition of Lucas Tatum; Electronic Filing Certificate of Service.
**Filed By:** GREGORY ALAN LEYH

**03/23/2022** ☐ **Motion to Quash**

Non-Party Stonebridge Global Management LLCs Renewed Motion to Quash and Objections to Plaintiffs Amended Rule 57.03b4 Deposition Notice and New Document Re; Electronic Filing Certificate of Service.

**Filed By:** DANIEL LARSON MCCLAIN

**Associated Entries:** 04/29/2022 - Motion Granted/Sustained

☐ **Note to Clerk eFiling**

**Filed By:** DANIEL LARSON MCCLAIN

☐ **Motion no Longer an Issue**

Motion to Quash is No Longer at Issue as there has been a RENEWED MOTION FILED ON 3/23/22

**Associated Entries:** 03/09/2022 - **Motion to Quash**

**03/25/2022** ☐ **Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** DANIEL R ZMIJEWSKI

**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

**03/28/2022** ☐ **Reply**

REPLY IN SUPPORT OF MOTION TO RELEASE PLAINTIFFS LIS PENDENS; Electronic Filing Certificate of Service.

**Filed By:** DANIEL R ZMIJEWSKI

**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

☐ **Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** MARK ALAN OLTHOFF

**On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

☐ **Response Filed**

the Simpson Class Response to Non-Party Stonebridge Global Management, LLCs Objections to Plaintiffs Amended Deposition Notice; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH

**On Behalf Of:** DOROTHY SIMPSON

**03/29/2022** ☐ **Certificate of Service**

Certificate of Service - Production of Documents; Electronic Filing Certificate of Service.

**Filed By:** JOEL H DRISKELL

☐ **Note to Clerk eFiling**

**Filed By:** JOEL H DRISKELL

☐ **Motion for Sanctions**

THE SIMPSON CLASSS MOTION FOR RULE 61.01 SANCTIONS AGAINST DEFENDANT SELDIN COMPANY; Exhibit 1; Exhibit 3; Exhibit 2A; Exhibit 2B; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

**Associated Entries:** 05/10/2022 - Motion Granted/Sustained

**03/31/2022** ☐ **Cert Serv Answers Interrog Fil**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** COLBY MILLARD EVERETT

**On Behalf Of:** SELDIN COMPANY

**04/01/2022** ☐ **Order**

Special Master Discovery Order No. 3 - Preservation of Records Located at Cloverleaf Apartments
Office Premises

**04/05/2022** ☐ **Notice to Take Deposition**

NOTICE OF VIDEOTAPED RULE 57.03b4 DEPOSITION OF DEFENDANT SELDIN COMPANY;
Electronic Filing Certificate of Service.
　　**Filed By:** NICHOLAS RAYMOND LEYH

**04/06/2022** ☐ **Order**

PROTECTIVE ORDER

**04/07/2022** ☐ **Order**

Special Master Discovery Order No. 4 - Order on Record Inspection and Issue of Subpoena Service
on Non-Party Stonebridge Global Management, LLC.

☐ **Cert Serv Req Prod Docs Things**

Certificate of Service; Electronic Filing Certificate of Service.
　　**Filed By:** MARK ALAN OLTHOFF
　　**On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

**04/11/2022** ☐ **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
　　**Filed By:** COLBY MILLARD EVERETT
　　**On Behalf Of:** SELDIN COMPANY

**04/12/2022** ☐ **Suggestions in Opposition**

Defendant Seldin Companys Suggestions in Opposition to the Simpson Classes Motion for Rule
61.01 Sanctions Against Seldin Company; Exhibit A; Electronic Filing Certificate of Service.
　　**Filed By:** COLBY MILLARD EVERETT
　　**On Behalf Of:** SELDIN COMPANY

**04/13/2022** ☐ **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.
　　**Filed By:** COLBY MILLARD EVERETT
　　**On Behalf Of:** SELDIN COMPANY

☐ **Motion of Withdrawl of Counsel**

Motion to Withdraw; Electronic Filing Certificate of Service.
　　**Filed By:** COLBY MILLARD EVERETT
　　**Associated Entries:** 04/20/2022 - Motion Granted/Sustained
　　**Associated Entries:** 04/20/2022 - **Order Withdrawing Attorney:** 🔼

☐ **Proposed Order Filed**

Order; Electronic Filing Certificate of Service.
　　**Filed By:** COLBY MILLARD EVERETT
　　**On Behalf Of:** SELDIN COMPANY

☐ **Entry of Appearance Filed**

Entry of Appearance, Electronic Filing Certificate of Service.
　　**Filed By:** KARLY DORANN WEIGEL
　　**On Behalf Of:** SELDIN COMPANY

**04/14/2022** ☐ **Motion for Leave**

Plaintiff Class Motion for Leave to File a First Amepded Class Action Petition Adding Punitive

Damages; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON
**Associated Entries:** 07/06/2022 - Motion Granted/Sustained
**Associated Entries:** 07/06/2022 - <u>Order</u>

☐ **Reply**

THE SIMPSON CLASSS REPLY IN SUPPORT OF MOTION FOR RULE 61.01 SANCTIONS AGAINST SELDIN; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

04/19/2022  ☐ **Motion for Extension of Time**

Unopposed Motion for Extension of Time to File a Response to Plaintiffs Motion to Amend Petition to Add a Claim for Punitive Damages; Electronic Filing Certificate of Service.

**Filed By:** JEREMY K SCHRAG
**On Behalf Of:** SELDIN COMPANY
**Associated Entries:** 04/25/2022 - Motion Granted/Sustained
**Associated Entries:** 04/25/2022 - <u>Order Granting Ext of Time</u>

☐ **Proposed Order Filed**

Order; Electronic Filing Certificate of Service.

**Filed By:** JEREMY K SCHRAG

04/20/2022  ☐ Motion Granted/Sustained

**Associated Entries:** 04/13/2022 - <u>Motion of Withdrawl of Counsel</u>

☐ **Order Withdrawing Attorney:**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney Colby M. Everett is hereby withdrawn as counsel for Seldin Company.

**Associated Entries:** 04/13/2022 - <u>Motion of Withdrawl of Counsel</u>

04/25/2022  ☐ **Motion for Extension of Time**

Cloverleafs Motion for Extension of Time to Respond to Plaintiffs Motion to Amend Petition; Exhibit A - Proposed order; Electronic Filing Certificate of Service.

**Filed By:** DANIEL R ZMIJEWSKI
**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC
**Associated Entries:** 07/01/2022 - Order Granting Ext of Time
**Associated Entries:** 07/01/2022 - Motion Granted/Sustained

☐ **Motion for Extension of Time**

Defendant Stonebridge Global Partners LLCs Unopposed Motion for Extension of Time to File an Opposition to Plaintiff Classs Motion to File a First Amended Class; Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** JAMES PATRICK MARTIN
**On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC
**Associated Entries:** 07/01/2022 - Motion Granted/Sustained
**Associated Entries:** 07/01/2022 - <u>Order Granting Ext of Time</u>

☐ **Motion for Leave**

THE PLAINTIFF CLASS MOTION FOR LEAVE TO SUPPLEMENT THE RECORD; Exhibit 1; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH
**Associated Entries:** 05/10/2022 - Motion Granted/Sustained
**Associated Entries:** 05/10/2022 - <u>Order Granting Leave</u>

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.
> **Filed By:** NICHOLAS RAYMOND LEYH

**Affidavit Filed**

Declaration of Alan L. Rupe; Electronic Filing Certificate of Service.
> **Filed By:** ALAN LLOYD RUPE
> **On Behalf Of:** SELDIN COMPANY

**Motion Granted/Sustained**

> **Associated Entries:** 04/19/2022 - **Motion for Extension of Time**

**Order Granting Ext of Time**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Seldin Company is granted a one-week extension up to and including April 26, 2022, in which to file its response.
> **Associated Entries:** 04/19/2022 - **Motion for Extension of Time**

04/26/2022  **Motion for Extension of Time**

Second Unopposed Motion for Extension of Time to File Response to Plaintiffs Motion to Amend Petition to Add a Claim for Punitive Damages; Electronic Filing Certificate of Service.
> **Filed By:** JEREMY K SCHRAG
> **Associated Entries:** 05/10/2022 - Motion Granted/Sustained
> **Associated Entries:** 05/10/2022 - **Order Granting Ext of Time**

**Proposed Order Filed**

Order; Electronic Filing Certificate of Service.
> **Filed By:** JEREMY K SCHRAG
> **On Behalf Of:** SELDIN COMPANY

**Order**

SPECIAL MASTER EMERGENCY ORDER FOR NONCOMMUNCATIONS WITH RESIDENTS/CLASS MEMBERS

04/29/2022  **Order**

Special Master Discovery Order No. 5 - Order Granting Non-Party Stonebridge Global Management, LLC's Renewed Motion to Quash Subpoena and Deposition Notice Served on Valencia Bates

**Motion Granted/Sustained**

> **Associated Entries:** 03/23/2022 - **Motion to Quash**

05/06/2022  **Cert Serv of Rspns to Interrog**

Certificate of Service; Electronic Filing Certificate of Service.
> **Filed By:** NICHOLAS RAYMOND LEYH

**Notice to Take Deposition**

NOTICE OF VIDEOTAPED DEPOSITION OF LUCAS TATUM; Electronic Filing Certificate of Service.
> **Filed By:** NICHOLAS RAYMOND LEYH

05/09/2022  **Suggestions in Opposition**

Defendant Stonebridge Global Partners LLCs Opposition to Plaintiff Classs Motion to File a First Amended Class Action Petition Adding Punitive Damages; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Electronic Filing Certificate of Service.
> **Filed By:** JAMES PATRICK MARTIN
> **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

**Suggestions in Opposition**

Response to Plaintiffs Motion to Amend Petition to Add Punitive Damage Allegations; Exhibit A;

Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F; Electronic Filing Certificate of Service.
> **Filed By:** DANIEL R ZMIJEWSKI
> **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

☐ **Suggestions in Opposition**

Defendant Seldin Companys Suggestions in Opposition to Plaintiffs Motion for Leave to File Amended Petition; Exhibit 1 Management Agreement; Electronic Filing Certificate of Service.
> **Filed By:** JEREMY K SCHRAG
> **On Behalf Of:** SELDIN COMPANY

05/10/2022 ☐ **Order**

Special Master Discovery Order No. 6 - Order Granting Plaintiff's Motion for Rule 61.01 Sanctions Against Defendant Seldin Company

☐ **Motion Granted/Sustained**

> **Associated Entries:** 04/25/2022 - **Motion for Leave** ⊞
> **Associated Entries:** 04/26/2022 - **Motion for Extension of Time** ⊞

☐ **Order Granting Leave**

IT IS ORDERED that Plaintiff Class¿s Motion for Leave to Supplement the Record is GRANTED.
> **Associated Entries:** 04/25/2022 - **Motion for Leave** ⊞

☐ **Order Granting Ext of Time**

Order for Extension of Time
> **Associated Entries:** 04/26/2022 - **Motion for Extension of Time** ⊞

☐ **Motion Granted/Sustained**

> **Associated Entries:** 03/29/2022 - **Motion for Sanctions** ⊞

05/11/2022 ☐ **Notice**

Plaintiffs Withdrawal of Notice of Videotaped Deposition of Lucas Tatum; Electronic Filing Certificate of Service.
> **Filed By:** GREGORY ALAN LEYH
> **On Behalf Of:** DOROTHY SIMPSON

05/13/2022 ☐ **Motion for Extension of Time**

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION PETITION; Electronic Filing Certificate of Service.
> **Filed By:** NICHOLAS RAYMOND LEYH
> **Associated Entries:** 07/01/2022 - Motion Granted/Sustained
> **Associated Entries:** 07/01/2022 - **Order Granting Ext of Time**

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.
> **Filed By:** NICHOLAS RAYMOND LEYH

☐ **Reply**

THE PLAINTIFF CLASSS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PETITION AGAINST SELDIN; Electronic Filing Certificate of Service.
> **Filed By:** NICHOLAS RAYMOND LEYH

☐ **Notice**

Class Counsels Notice of Filing of Affidavit in Support of Fees and Expenses Awarded in Special Master Order No. 6; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.
> **Filed By:** GREGORY ALAN LEYH
> **On Behalf Of:** DOROTHY SIMPSON

**05/19/2022** ☐ **Notice**

Plaintiffs Amended Notice of Videotaped Deposition of Lucas Tatum; Electronic Filing Certificate of Service.

    **Filed By:** GREGORY ALAN LEYH

☐ **Notice**

Plaintiffs Amended Notice of Videotaped Deposition of Stephanie Pitt; Electronic Filing Certificate of Service.

    **Filed By:** GREGORY ALAN LEYH

    **On Behalf Of:** DOROTHY SIMPSON

**05/23/2022** ☐ **Order**

Special Master Discovery Order No. 6A - Order Awarding Monetary Relief of Reasonable Expenses and Reasonaable Attorney Fees under Rule 61.01(d) as Part pf Sanctions against Defendant Seldin Company

☐ **Notice to Take Deposition**

PLAINTIFFS AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF STEPHANIE PITTS; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

**06/02/2022** ☐ **Motion for Leave**

Defendant Stonebridge Global Partners LLCs Motion for Leave to File Amended Answer; Exhibit A - First Amended Answer; Exhibit B - REDLINE; Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** JAMES PATRICK MARTIN

    **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

    **Associated Entries:** 07/01/2022 - **Motion Granted/Sustained**

    **Associated Entries:** 07/01/2022 - **Order Granting Leave** ⊞

☐ **Amended Motion/Petition Filed**

Cloverleaf Apartments Investors Motion to File Amended Answer; Ex. A - First Amended Answer; Ex. B - Redline comparison of Answers; Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** DANIEL R ZMIJEWSKI

    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

**06/06/2022** ☐ **Motion for Extension of Time**

Second Unopposed Motion for Extension of Time to File a Reply in Support of its Motion to File a First Amended Class Action Petition Adding Punitive Damages; Electronic Filing Certificate of Service.

    **Filed By:** GREGORY ALAN LEYH

    **Associated Entries:** 07/01/2022 - **Motion Granted/Sustained**

    **Associated Entries:** 07/01/2022 - **Order Granting Ext of Time** ⊞

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** GREGORY ALAN LEYH

    **On Behalf Of:** DOROTHY SIMPSON

**06/08/2022** ☐ **Objections Filed**

Objections to Special Master Report Under Rule 68; Ex. A Management Agreement; Ex. B HUD Management Handbook; Ex. C Order of 2 14 22; Ex. D Discovery Order 1; Ex. E Seldins Supplemental Response; Ex. F Seldins Notice of Document Disclosure; Ex. G Seldins Second Supplemental Response; Ex. H Email of Cloverleaf Counsel; Ex. I Discovery Order 6; Ex. J Cloverleaf Supplemental Responses; Ex. K Barriers Memo; Electronic Filing Certificate of Service.

        **Filed By:** JEREMY K SCHRAG
        **On Behalf Of:** SELDIN COMPANY

☐ **Exhibit Filed**

Additional Exhibits in Support of Objections to Special Master Report; Ex. L Inspection Report; Ex. M Service Activity Report; Ex. N DEFS00434-446; Electronic Filing Certificate of Service.
        **Filed By:** JEREMY K SCHRAG
        **On Behalf Of:** SELDIN COMPANY

**06/13/2022** ☐ **Suggestions in Opposition**

Suggestions in Opposition to Defendants Cloverleaf Apartments Investors, LLC and Stonebridge Global Partners, LLCs Motions for Leave to File Amended Answers; Electronic Filing Certificate of Service.
        **Filed By:** NICHOLAS RAYMOND LEYH

**06/15/2022** ☐ **Motion Filed**

SECOND STIPULATED JOINT MOTION TO PARTIALLY AMEND THE SCHEDULING ORDER; Electronic Filing Certificate of Service. Pursuant to Local Rule 33.5(6) all motions are to be accompanied by a proposed order. Please file a proposed order to go with motions.
        **Filed By:** NICHOLAS RAYMOND LEYH
        **Associated Entries: 07/29/2022 - Motion Granted/Sustained**

**06/21/2022** ☐ **Response Filed**

RESPONSE TO SELDINS OBJECTIONS TO SPECIAL MASTER DISCOVERY ORDER NO. 6; Electronic Filing Certificate of Service.
        **Filed By:** NICHOLAS RAYMOND LEYH

☐ **Reply**

Cloverleaf Reply in Further Support of Motion to Amend Answer; Ex. C - Revised Amended Answer; Ex. D - Redline comparison of new and second amended Answer; Electronic Filing Certificate of Service.
        **Filed By:** DANIEL R ZMIJEWSKI
        **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

☐ **Reply**

Defendant Stonebridge Global Partners LLCs Reply in Support of its Motion for Leave to File Amended Answer; Exhibit C - Revised Amended Answer; Exhibit D - REDLINE showing proposed revisions to Amended Answer; Proposed Order; Electronic Filing Certificate of Service.
        **Filed By:** JAMES PATRICK MARTIN
        **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

**06/22/2022** ☐ **Objections Filed**

Objections to Special Master Report Under Rule 68; Exhibit A Discovery Order 6; Exhibit B Class Counsel Fee Submission; Exhibit C Seldins Objections; Exhibit D Discovery Order 6A; Exhibit E Order of February 14 2022; Electronic Filing Certificate of Service.
        **Filed By:** JEREMY K SCHRAG
        **On Behalf Of:** SELDIN COMPANY

**06/23/2022** ☐ **Order**

Special Master Discovery Order No. 7

**06/24/2022** ☐ **Response Filed**

The Simpson Classs Response to Seldins Objections to Special Master Discovery Order No. 6A; Electronic Filing Certificate of Service.
        **Filed By:** GREGORY ALAN LEYH

Case 4:22-cv-00520-BP   Document 1-1   Filed 08/10/22   Page 19 of 26

**On Behalf Of:** DOROTHY SIMPSON

06/27/2022 ☐ **Motion for Extension of Time**

Unopposed Motion for Extension of Time to File Reply in Support of its Objections to Special Masters Discovery Order No. 6; Electronic Filing Certificate of Service.
    **Filed By:** JEREMY K SCHRAG
    **Associated Entries:** 07/01/2022 - Motion Granted/Sustained
    **Associated Entries:** 07/01/2022 - **Order Granting Ext of Time** ⊞

    ☐ **Proposed Order Filed**

Order; Electronic Filing Certificate of Service.
    **Filed By:** JEREMY K SCHRAG
    **On Behalf Of:** SELDIN COMPANY

06/28/2022 ☐ **Reply**

Reply in Support of Objections to Special Master Report Under Rule 68; Ex. A Plaintiffs Motion for Sanctions; Ex. B Seldins Special Master Response; Ex. C Plaintiffs Special Master Reply; Ex D Seldins Rebuttal to Special Master; Electronic Filing Certificate of Service.
    **Filed By:** JEREMY K SCHRAG
    **On Behalf Of:** SELDIN COMPANY

07/01/2022 ☐ **Hearing Scheduled**

Parties may access Division 7's WebEx meeting room via Casenet by selecting the "Scheduled Hearings & Trials" tab above and clicking the "Virtual Hearing Room" link.
    **Associated Entries:** 07/27/2022 - **Hearing Held**
    **Scheduled For:** 07/05/2022;  10:00 AM ;  S MARGENE BURNETT;  Jackson - Kansas City

    ☐ **Order Granting Ext of Time**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Cloverleaf is granted an extension of time, up to an including May 9, 2022, in which to file its suggestions in opposition to Plaintiff Class' Motion to File a First Amended Class Action Petition Adding Punitive Damages.
    **Associated Entries:** 04/25/2022 - **Motion for Extension of Time** ⊞

    ☐ **Motion Granted/Sustained**

    **Associated Entries:** 04/25/2022 - **Motion for Extension of Time** ⊞
    **Associated Entries:** 04/25/2022 - **Motion for Extension of Time** ⊞
    **Associated Entries:** 05/13/2022 - **Motion for Extension of Time** ⊞
    **Associated Entries:** 06/02/2022 - **Motion for Leave** ⊞
    **Associated Entries:** 06/06/2022 - **Motion for Extension of Time** ⊞
    **Associated Entries:** 06/27/2022 - **Motion for Extension of Time** ⊞

    ☐ **Order Granting Ext of Time**

ITS ORDERED AND AJUDGED that Defendant Cloverleaf Apartments Investors, LLC. Motion for Extension of Time is GRANTED and shall have an extension up to May 9, 2022, in which to file suggestions in opposition.

    ☐ **Order Granting Ext of Time**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Seldin Company is granted an extension up to and including June 28, 2022, in which to file its reply.
    **Associated Entries:** 06/27/2022 - **Motion for Extension of Time** ⊞

    ☐ **Order Granting Ext of Time**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Stonebridge is granted an extension of time, up to and including May 9, 2022, in which to file its suggestions in opposition to Plaintiff Class's Motion to File a First Amended Class Action Petition Adding Punitive Damages.
    **Associated Entries:** 04/25/2022 - **Motion for Extension of Time** ⊞

    ☐ **Order Granting Leave**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Stonebridge is granted leave to file Defendant Stonebridge Global Partners, LLC's First Amended Answer to Class Action Petition for Breach of the Implied Warranty of Habitability and Violations of the Missouri Merchandising Practices Act (the First Amended Answer), and the Clerk is directed to forthwith file the First Amended Answer.

**Associated Entries: 06/02/2022 - Motion for Leave**

☐ **Order Granting Ext of Time**

IT IS ORDERED that the Simpson Class's Second Unopposed Motion for Extension of Time to File a Reply in Support of her Motion to File a First Amended Class Action Petition Adding Punitive Damages against Defendants Cloverleaf Apartments Investors, LLC and Stonebridge Global Partners, LLC, up to and including July 6, 2022, is GRANTED.

**Associated Entries: 06/06/2022 - Motion for Extension of Time**

☐ **Order Granting Ext of Time**

**Associated Entries: 05/13/2022 - Motion for Extension of Time**

☐ **Order**

ORDER ADOPTING SPECIAL MASTER'S REPORTS

☐ **Proposed Order Filed**

Order; Electronic Certificate of Service.

**Filed By:** JEREMY K SCHRAG

☐ **Proposed Order Filed**

Order; Electronic Filing Certificate of Service.

**Filed By:** JEREMY K SCHRAG

☐ **Proposed Order Filed**

Order; Electronic Filing Certificate of Service.

**Filed By:** JEREMY K SCHRAG
**On Behalf Of:** SELDIN COMPANY

07/04/2022   ☐ **Proposed Order Filed**

Defendant Cloverleafs Proposed Order on Release of Lis Pendens; Electronic Filing Certificate of Service.

**Filed By:** DANIEL R ZMIJEWSKI
**On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

07/06/2022   ☐ **Proposed Order Filed**

Proposed Order for the Second Stipulated Joint Motion to Partially Amend the Scheduling Order; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD

☐ **Proposed Order Filed**

Proposed Order for the Plaintiff Class Motion for Leave to File a First Amended Class Action Petition Adding Punitive Damages Against Defendant Seldin Company; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD
**On Behalf Of:** DOROTHY SIMPSON

☐ **Motion Granted/Sustained**

**Associated Entries: 04/14/2022 - Motion for Leave**

☐ **Order**

ORDER ADOPTING SPECIAL MASTER¿S REPORTS 6 AND 6A AND GRANTING PLAINTIFF¿S

MOTION FOR LEAVE TO AMEND TO ADD PUNITIVE DAMAGES Plaintiffs are to file their First Amended Petition within 10 days of this Order.

**Associated Entries: 04/14/2022 - Motion for Leave** 🔲

☐ **Motion for Extension of Time**

THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION PETITION ADDING PUNITIVES; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

**Associated Entries: 07/13/2022 - Motion Granted/Sustained**

**Associated Entries: 07/13/2022 - Order Granting Ext of Time** 🔲

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

07/11/2022    ☐ **Notice**

First Amended Class Action Petition; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH

**On Behalf Of:** DOROTHY SIMPSON

☐ **Notice**

Subpoena Issued to Healthy Homes Rental Inspection Program; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH

**On Behalf Of:** DOROTHY SIMPSON

07/12/2022    ☐ **Reply**

REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PETITION AGAINST CLOVERLEAF APARTMENTS INVESTORS, LLC AND STONEBRIDGE GLOBAL PARTNERS, LLC; Exhibit 1; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

☐ **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** NICHOLAS RAYMOND LEYH

☐ **Motion for Sanctions**

The Simpson Class Motion for Rule 61.01 Sanctions Against Defendant Cloverleaf Apartments Investors, LLC; Exhibit 1; Exhibit 2 - part 1 of 2; Exhibit 2 - part 2 of 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH

**On Behalf Of:** DOROTHY SIMPSON

☐ **Exhibit Filed**

Exhibit 7 to the Simpson Class Motion for Rule 61.01 Sanctions Against Defendant Cloverleaf Apartments Investors, LLC; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH

☐ **Exhibit Filed**

Exhibit 8 to the Simpson Class Motion for Rule 61.01 Sanctions Against Defendant Cloverleaf Apartments Investors, LLC; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH

☐ **Cert Serv of Interrog Filed**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH

**On Behalf Of:** DOROTHY SIMPSON

**07/13/2022** ☐ **Motion Granted/Sustained**

    **Associated Entries:** 07/06/2022 - **Motion for Extension of Time** ⊞

    ☐ **Order Granting Ext of Time**

    Simpson Class's Third Unopposed Motion for Extension of Time to File a Reply in Support of her Motion to File a First Amended Class Action Petition Adding Punitive Damages against Cloverleaf Apartments Investors, LLC and Stonebridge Global Partners, LLC, up to and including July 13, 2022, is GRANTED.

        **Associated Entries:** 07/06/2022 - **Motion for Extension of Time** ⊞

    ☐ **Filing:**

    Notice of Subpoena Issued to Ashley Smith; Electronic Filing Certificate of Service.

        **Filed By:** GREGORY ALAN LEYH

        **On Behalf Of:** DOROTHY SIMPSON

**07/14/2022** ☐ **Filing:**

    Subpoena Issued to Ashley Bradshaw; Electronic Filing Certificate of Service.

        **Filed By:** NICHOLAS RAYMOND LEYH

**07/15/2022** ☐ **Answer Filed**

    Defendant Stonebridge Global Partners LLCs Answer to the First Amended Class Action Petition for Breach of the Implied Warranty of Habitability and Violations; Electronic Filing Certificate of Service.

        **Filed By:** JAMES PATRICK MARTIN

        **On Behalf Of:** STONEBRIDGE GLOBAL PARTNERS LLC

    ☐ **Answer Filed**

    Cloverleaf Apartments Investors Answer to Plaintiffs First Amended Petition; Electronic Filing Certificate of Service.

        **Filed By:** DANIEL R ZMIJEWSKI

        **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

    ☐ **Motion for Leave**

    Motion for Leave to File Third Party Petition; Exhibit A; Electronic Filing Certificate of Service.

        **Filed By:** JEREMY K SCHRAG

    ☐ **Suggestions in Support**

    Suggestions In Support of Motion for Leave to File Third Party Petition; Exhibit A; Electronic Filing Certificate of Service.

        **Filed By:** JEREMY K SCHRAG

        **On Behalf Of:** SELDIN COMPANY

**07/21/2022** ☐ **Motion for Extension of Time**

    Unopposed Motion for Extension of Time to File Answer to Plaintiffs First Amended Petition; Electronic Filing Certificate of Service.

        **Filed By:** JEREMY K SCHRAG

        **Associated Entries:** 07/29/2022 - Motion Granted/Sustained

        **Associated Entries:** 07/29/2022 - **Order** ⊞

    ☐ **Proposed Order Filed**

    Order; Electronic Filing Certificate of Service.

        **Filed By:** JEREMY K SCHRAG

        **On Behalf Of:** SELDIN COMPANY

**07/22/2022** ☐ **Order**

ORDER FOR DEPOSIT OF FUNDS IN COURT REGISTRY

**Notice to Take Deposition**

Plaintiffs Notice of Videotaped Deposition of Nicole Bussey; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON

**Response Filed**

Defendant Cloverleafs Response to Plaintiffs Motion for Sanctions; Exhibit 1; Exhibit 2; Electronic Filing Certificate of Service.

**Filed By:** DANIEL R ZMIJEWSKI
**On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

**Answer Filed**

Defendant Seldin Companys Answer to Plaintiffs First Amended Class Action Petition; Electronic Filing Certificate of Service.

**Filed By:** JEREMY K SCHRAG
**On Behalf Of:** SELDIN COMPANY

07/25/2022    **Notice of Service**

Affidavit of Service of Subpoena to Healthy Homes Rental Inspection Program; Electronic Filing Certificate of service STACIE DUITSMAN WAS SERVED JULY 13, 2022 AT 09:48am

**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON

**Reply**

Plaintiff Classs Reply and Affirmative Avoidances to Defendant Stonebridge Global Partners, LLCs Answer to the First Amended Class Action Petition; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON

**Motion for Extension of Time**

Plaintiff Class Unopposed Motion for Extension of Time to File a Response to Defendant Seldin Companys Motion for Leave to File Third-Party Petition; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD
**Associated Entries:** 07/29/2022 - Motion Granted/Sustained
**Associated Entries:** 07/29/2022 - **Order**

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD

**Motion for Extension of Time**

Plaintiff Class Unopposed Motion for Extension of Time to File a Reply in Support of its Motion for Rule 61.01 Sanctions Against Defendant Cloverleaf; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD
**Associated Entries:** 07/29/2022 - Motion Granted/Sustained
**Associated Entries:** 07/29/2022 - **Order**

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** ANDREA MARI KNERNSCHIELD
**On Behalf Of:** DOROTHY SIMPSON

**Notice**

Subpoena Issued to Ashley Bradshaw; Electronic Filing Certificate of Service.

**Filed By:** GREGORY ALAN LEYH
**On Behalf Of:** DOROTHY SIMPSON

**07/27/2022** ☐ **Hearing Held**

    **Scheduled For:** 07/05/2022;  10:00 AM ;  S MARGENE BURNETT;  Jackson - Kansas City

**07/28/2022** ☐ **Motion for Extension of Time**

    Plaintiff Classs Second Unopposed Motion for Extension of Time to File a Response to Defendant Seldin Companys Motion for Leave to File Third-Party Petition; Electronic Filing Certificate of Service.

    **Filed By:** GREGORY ALAN LEYH

    **Associated Entries:** 08/03/2022 - Motion Granted/Sustained

    **Associated Entries:** 08/03/2022 - **Order**  ⊞

    ☐ **Proposed Order Filed**

    Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** GREGORY ALAN LEYH

    **On Behalf Of:** DOROTHY SIMPSON

    ☐ **Reply**

    REPLY IN SUPPORT OF MOTION FOR RULE 61.01 SANCTIONS AGAINST DEFENDANT CLOVERLEAF APARTMENT INVESTORS, LLC; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

    **Filed By:** NICHOLAS RAYMOND LEYH

**07/29/2022** ☐ **Motion Granted/Sustained**

    **Associated Entries:** 06/15/2022 - **Motion Filed**  ⊞

    ☐ **Order**

    ORDERED that the Parties' Second Stipulated Joint Motion to Partially Amend the Scheduling Order is GRANTED. IT IS FURTHER ORDERED that this Court extends the Parties' deadline to amend the pleadings and/or add parties up to and including July 15, 2022. IT IS FURTHER ORDERED that all other deadlines in the Scheduling Order dated December 23, 2021 remain unchanged.

    ☐ **Motion Granted/Sustained**

    **Associated Entries:** 07/25/2022 - **Motion for Extension of Time**  ⊞

    ☐ **Order**

    IT IS ORDERED that the Plaintiff Class¿s Unopposed Motion for Extension of Time to File a Reply in Support of its Motion for Rule 61.01 Sanctions Against Defendant Cloverleaf Apartments Investors, LLC, up to and including July 28, 2022, is GRANTED.

    **Associated Entries:** 07/25/2022 - **Motion for Extension of Time**  ⊞

    ☐ **Motion Granted/Sustained**

    **Associated Entries:** 07/25/2022 - **Motion for Extension of Time**  ⊞

    ☐ **Order**

    IT IS ORDERED that the Plaintiff Class¿s Unopposed Motion for Extension of Time to File a Response to Defendant Seldin Company¿s Motion for Leave to File Third-Party Petition, up to and including July 28, 2022, is GRANTED.

    **Associated Entries:** 07/25/2022 - **Motion for Extension of Time**  ⊞

    ☐ **Motion Granted/Sustained**

    **Associated Entries:** 07/21/2022 - **Motion for Extension of Time**  ⊞

    ☐ **Order**

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Seldin Company is granted a one-day extension up to and including July 21, 2022, in which to file its Answer.

    **Associated Entries:** 07/21/2022 - **Motion for Extension of Time**  ⊞

    ☐ **Notice**

    The Plaintiff Class Notice of Withdrawal of its Emergency Motion Requesting Creation of a

Case 4:22-cv-00526-BP  Document 1-1  Filed 08/10/22  Page 25 of 26

Constructive Trust; Electronic Filing Certificate of Service.
    **Filed By:** GREGORY ALAN LEYH
    **On Behalf Of:** DOROTHY SIMPSON

☐ **Suggestions in Opposition**

the Simpson Class Opposition to Defendant Seldin Companys Motion for Leave to File Third-Party Petition; Electronic Filing Certificate of Service.
    **Filed By:** GREGORY ALAN LEYH
    **On Behalf Of:** DOROTHY SIMPSON

08/01/2022 ☐ **Notice**

Cloverleaf Notice of Withdrawal of Motion to Release Lis Pendens; Electronic Filing Certificate of Service.
    **Filed By:** DANIEL R ZMIJEWSKI
    **On Behalf Of:** CLOVERLEAF APARTMENTS INVESTORS, LLC

08/03/2022 ☐ **Proposed Order Filed**

Order; Electronic Filing Certificate of Service.
    **Filed By:** JEREMY K SCHRAG
    **On Behalf Of:** SELDIN COMPANY

☐ **Motion Granted/Sustained**

    **Associated Entries:** 07/28/2022 - **Motion for Extension of Time**

☐ **Order**

IT IS ORDERED that the Plaintiff Class's Second Unopposed Motion for Extension of Time to File a Response to Defendant Seldin Company's Motion for Leave to File Third-Party Petition, up to and including July 29, 2022, is GRANTED.
    **Associated Entries:** 07/28/2022 - **Motion for Extension of Time**