IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DOROTHY SIMPSON, *on behalf of herself and all others similarly situated*, )
)
)
Plaintiff, )
)
v. ) Case No. 22-00520-CV-W-BP
)
CLOVERLEAF APARTMENTS )
INVESTORS, LLC, *et al.*, )
)
Defendants. )

## JUDGMENT IN A CIVIL CASE

\_\_\_**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_**X**\_**Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff's Amended Motion to Remand, (Doc. 20), is **GRANTED**. The case is **REMANDED** to the Circuit Court of Jackson County.

November 23, 2022   Paige Wymore-Wynn
Date   Clerk of Court

   /s/ Shauna Murphy-Carr
   (by) Deputy Clerk